No. 40049.—Protest 308119–G of T. D. Downing & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) atomizers and droppers used chiefly for utilitarian purposes in the household were held dutiable at 40 percent under paragraph 339, and imitation semiprecious stones, faceted, were held dutiable at 20 percent under paragraph 1429 as claimed.